UNITED STATES of America,
Plaintiff–Appellee

v.

Norbelio CAMPOS–LAGUNAS,
also known as Oscar Campos–
Laguna, Defendant–Appellant.

No. 08–40954
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 23, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

---

Marjorie A. Meyers, Federal, Public Defender Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

The federal public defender appointed to represent Norbelio Campos–Lagunas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Campos–Lagunas has filed a response. Our independent review of the record, counsel's brief, and Campos–Lagunas's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

